**FILED**
AUG 2 0 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin  San Francisco Bankruptcy Court  (415) 268-2300
Clerk of Court  235 Pine St.
 P.O. Box 7341
 San Francisco, CA 94120-7341

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

# C 07 4333

FILED
AUG 2 2 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PJH

Re: Pros Rivera,  Bankruptcy Case No. 05-32090 TEC7 (Chapter 7)
 Ivey v. Rivera,  Adversary Proceeding No.: 05-3441 TEC
 Bankruptcy Judge Thomas E. Carlson

Dear Mr. Wieking:

[X] Enclosed please find a conformed copy of **Notice of Appeal**, **Statement of Election to District Court**, **Court Certificate of Mailing**, docket report and the order being appealed for assignment to a district court judge.

[ ] Enclosed please find a certified copy of the docket and order being appealed and related papers from BAP and designated items to form the record on appeal for assignment to a district court judge.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find a Bankruptcy Judge's Recommendation that Appeal Be Dismissed and the Notice of Appeal and associated documents filed with the Bankruptcy Court.

Please acknowledge receipt of the enclosed documents with the District Court case number on the copy of this letter and return it to U.S. Bankruptcy Court, San Francisco Division.

 GLORIA L. FRANKLIN, Clerk
 United States Bankruptcy Court

Dated: 08/20/2007  By:   _Quan Lu_
  Deputy Clerk

**FILED**
AUG 2 0 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bankruptcy Case No. 05-32090 TEC7 |
| Pros Rivera | Chapter 7 |
| Debtor | |

| | |
|---|---|
| Cherie Ivey | Adversary Proceeding No.: 05-3441 TEC |
| Plaintiff | |
| v. | |
| Pros Rivera | |
| Defendant | |

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed and qualified clerk in the office of the Bankruptcy Judge of the United States Bankruptcy Court from the Northern district of California, at San Francisco do hereby certify:

That I, in the performance of my duties as such clerk, served a copy of **Notice of Appeal**, **Statement of Election to District Court** and **Proof of Service** by depositing it in the regular mail at San Francisco, California, on the date shown below, in a sealed envelope, addresses as listed below:

United States Trustee
235 Pine St. #700
San Francisco, CA 94104

United States District Court
450 Golden Gate Avenue
P. O. Box 36060
San Francisco, CA 94102-3489

Chris D. Kuhner
Kornfield, Paul and Nyberg
1999 Harrison St. #2675
Oakland, CA 94612

Date: August 20, 2007              Deputy Clerk : Quan Lu

PreAct, 727OBJ, APPEAL

# U.S. Bankruptcy Court
## Northern District of California (San Francisco)
### Adversary Proceeding #: 05-03441
Internal Use Only

*Assigned to:* Judge Thomas E. Carlson
*Related BK Case:* 05-32090
*Related BK Title:* Pros Rivera
*Related BK Chapter:* 7
*Demand:* $325000
*Nature[s] of Suit:* 424 Obj/Revocation Discharge 727

*Date Filed:* 10/11/05

UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated _August 20, 2007_
by _Quan Li_
Deputy Clerk

**Plaintiff**
-----------------------
**Cherie Ivey**

represented by **Willie E. Phillips**
Law Offices of Willie E. Phillips
484 Lake Park Ave. #335
Oakland, CA 94610
(510) 451-2222
Email: WEPhillipsEsq@netscape.com
*LEAD ATTORNEY*

V.

**Defendant**
-----------------------
**Pros Rivera**

represented by **Chris D. Kuhner**
Kornfield, Paul and Nyberg
1999 Harrison St. #2675
Oakland, CA 94612
(510) 763-1000
Email: c.kuhner@kornfieldlaw.com

| Filing Date | # | Docket Text |
|---|---|---|
| 10/11/2005 | 1 | 424 (Obj/Revocation Discharge 727): Complaint by Cherie Ivey against Pros Rivera. Fee Amount $250. (lp, ) Additional attachment(s) added on 10/15/2005 (ql, ). (Entered: 10/11/2005) |
| 10/11/2005 | | Receipt of Adversary Filing Fee. Amount 250.00 from Willie E. Phillips. Receipt Number 30038996. (lp) (Entered: 10/11/2005) |
| 10/11/2005 | 3 | Summons Issued on Pros Rivera Answer Due 11/10/2005. Status Conference to be held on 12/15/2005 at 10:00 AM at San Francisco Courtroom 23 - Carlson. (ql, ) (Entered: 10/15/2005) |
| 10/15/2005 | 2 | Order Regarding Initial Disclosures and Discovery Conference . (ql, ) (Entered: 10/15/2005) |
| 12/15/2005 | | Hearing Continued (RE: related document(s)3 Summons Issued). Status Conference to be held on 2/23/2006 at 10:00 AM San Francisco Courtroom 23 - Carlson for 3, (gh, ) (Entered: 12/15/2005) |

| Date | Doc # | Description |
|---|---|---|
| 02/23/2006 | | Hearing Continued (RE: related document(s)3 Summons Issued). Status Conference to be held on 4/27/2006 at 10:00 AM San Francisco Courtroom 23 - Carlson for 3, (gh, ) (Entered: 02/27/2006) |
| 04/27/2006 | | Hearing Continued (RE: related document(s)3 Summons Issued). Status Conference to be held on 6/22/2006 at 10:00 AM San Francisco Courtroom 23 - Carlson for 3, (gh, ) (Entered: 04/27/2006) |
| 05/05/2006 | 4 | First Amended Answer to Complaint Filed by Pros Rivera. (Kuhner, Chris) (Entered: 05/05/2006) |
| 06/22/2006 | | Hearing Continued (RE: related document(s)3 Summons Issued). Status Conference to be held on 8/17/2006 at 10:00 AM San Francisco Courtroom 23 - Carlson for 3, (gh, ) Modified on 8/8/2006 (gh, ). (Entered: 06/22/2006) |
| 08/17/2006 | | Hearing Continued (RE: related document(s)3 Summons Issued). Status Conference to be held on 2/16/2007 at 9:30 AM San Francisco Courtroom 23 - Carlson for 3, (gh, ) (Entered: 08/18/2006) |
| 08/18/2006 | 5 | Order Continuing Status Conference . Status Conference to be held on 2/16/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (ql, ) (Entered: 08/18/2006) |
| 02/16/2007 | | Courtroom Hearing Held (RE: Summons Issued - related document(s) 3 ) (Trial is set for 6/26/07 at 9:30 AM, Discovery cutoff is 5/25/07.)(gh, ) (Entered: 02/16/2007) |
| 02/23/2007 | 6 | Scheduling Order . Discovery due by 5/25/2007. Trial date set for 6/26/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (ql, ) (Entered: 02/23/2007) |
| 02/25/2007 | 7 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)6 Scheduling Order). Service Date 02/25/2007. (Admin.) (Entered: 02/25/2007) |
| 06/19/2007 | 8 | Trial Brief . Filed by Defendant Pros Rivera (Kuhner, Chris) (Entered: 06/19/2007) |
| 06/19/2007 | 9 | Witness List . Filed by Defendant Pros Rivera (Kuhner, Chris) (Entered: 06/19/2007) |
| 06/19/2007 | 10 | Trial Brief on Facts and Law (RE: related document(s)1 Complaint). Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 06/22/2007) |
| 06/19/2007 | 11 | Witness List . Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 06/22/2007) |
| 06/19/2007 | 12 | List of Exhibits In the Case Of Cherie Ivey v. Pros Rivera, Bankruptcy Case No. 05-32090 TEC, Northern District California (San Francisco) (RE: related document(s)10 Trial Brief). Filed by Plaintiff Cherie Ivey (Attachments: # 1 Exh 1-3# 2 Exh 4# 3 Exh 5-11# 4 Exh 12-16# 5 Exh 17# 6 Exh 18# 7 Exh 19# 8 Exh 20# 9 Exh 21-22# 10 Exh 23-27# 11 Exh 28-29) (ql, ) (Entered: 06/22/2007) |
| 06/19/2007 | 13 | Statement Designating Excerpts From Deposition To Be Used At Trial. (RE: related document(s)10 Trial Brief). Filed by Plaintiff Cherie Ivey (Attachments: # 1 Deposition of Pros Rivera-1 of 4# 2 Deposition of Pros Rivera-2 of 4# 3 Deposition of Pros Rivera-3 of 4# 4 Deposition of Pros Rivera-4 of 4) (ql, ) (Entered: 06/22/2007) |
| 06/22/2007 | 14 | Certificate of Service (RE: related document(s)12 Exhibit, 11 Witness List, 10 Trial Brief, 13 Statement). Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 06/22/2007) |
| 06/22/2007 | 15 | Declaration of Willie E. Phillips To Correct Clerical Error In Filed Documents and Explaining Why One Declaration Was Not Filed. (RE: related document(s)12 Exhibit, 11 Witness List). Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 06/22/2007) |

| Date | Doc # | Description |
|---|---|---|
| 06/22/2007 | 16 | Amended List of Exhibits In the Case Of Cherie Ivey v. Pros Rivera, Bankruptcy Case No. 05-32090 TEC, Northern District California (San Francisco) (RE: related document(s)12 Exhibit). Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 06/22/2007) |
| 06/22/2007 | 17 | Amended Witness List . Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 06/22/2007) |
| 06/22/2007 | 18 | Statement Designating Excerpts From Deposition To Be Used At Trial To Support Non-Dischargeability of Money Owed To Creditor Cherie Ivey. (RE: related document(s)13 Statement). Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 06/22/2007) |
| 06/22/2007 | 19 | Certificate of Service (RE: related document(s)15 Declaration, 16 Exhibit, 17 Witness List, 18 Statement). Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 06/22/2007) |
| 06/27/2007 |  | Courtroom Hearing Held (RE: Scheduling Order - related document(s) 6 ) (Judgement for defendant, court to do judgement.)(gh, ) (Entered: 06/27/2007) |
| 08/07/2007 | 20 | Judgment After Trial . (ql, ) (Entered: 08/07/2007) |
| 08/17/2007 | 21 | Notice of Appeal to District Court , Fee Amount $ 255. (RE: related document(s)20 Judgment). Appellant Designation due by 8/27/2007. Transmission to District Court due by 9/17/2007. Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 08/20/2007) |
| 08/17/2007 | 22 | Statement of Election to District Court, (RE: related document(s)21 Notice of Appeal filed by Plaintiff Cherie Ivey). Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 08/20/2007) |
| 08/17/2007 | 23 | Certificate of Service (RE: related document(s)22 Statement of Election on Appeal, 21 Notice of Appeal). Filed by Plaintiff Cherie Ivey (ql, ) (Entered: 08/20/2007) |
| 08/20/2007 | 24 | Courts Certificate of Mailing. Number of notices mailed: 3 (RE: related document(s)21 Notice of Appeal, 22 Statement of Election on Appeal, 23 Certificate of Service). (ql, ) (Entered: 08/20/2007) |
| 08/20/2007 | 25 | Transmittal of Appeal to District Court (RE: related document(s)21 Notice of Appeal filed by Plaintiff Cherie Ivey). (ql, ) (Entered: 08/20/2007) |

1  Willie E. Phillips, #56009
   LAW OFFICE OF WILLIE E. PHILLIPS
2  484 Lake Park Avenue, #335
3  Oakland, CA 94610

4  Tel: (510) 451-2222
5  Fax: (510) 451-2235

6
7  Attorney for Creditor/Plaintiff Cherie Ivey

**FILED**

AUG 1 7 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

### NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| **In Re:**<br>**PROS RIVERA,**<br>　　　Debtor, | Case No.: 05-32090 TEC<br>CHAPTER 11 |
| **CHERIE IVEY,**<br>　　　Plaintiff,<br>vs.<br>**PROS RIVERA,**<br>　　　Defendant. | Adversary Proceeding<br>No. 05-3441<br><br>NOTICE OF APPEAL TO THE COURT OF APPEALS FROM A JUDGMENT OF A BANKRUPTCY JUDGE ENTERED IN AN ADVERSARY PROCEEDING |

**NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT OF APPEALS**

**UNDER 28. U.S.C. 158(a)**

The Plaintiff Cherie Ivey appeals to the United States Court of Appeals for the Ninth Circuit under 29 U.S.C. 158 (a) from a Final Judgment of the Bankruptcy Judge Thomas E. Carlson Entered in this Adversary Proceeding on July 7, 2007. The Adversary Proceeding was a Trial on the Plaintiff's Complaint for Non-Dischargeability of the Debtor/Defendant Pros Rivera based on a Fraudulent Deed and other fraudulent documents used to obtain a few hundred thousand dollars from the Plaintiff and the Bankruptcy Court Judges ruling in favor of the Defendant. The Adversary Proceeding No. 05-3441 is the proceeding from which this

Appeal arises and relates to Bankruptcy Case No. 05-32090 TEC under the Chapter 7 filed by the Debtor Pros Rivera.

The names of all the Parties to the Judgment appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| Willie E. Phillips, | Chris d. Kuhner |
| Attorney for the Creditor/Plaintiff | Kornfield, Paul & Nyberg, P.C. |
| Cherie Ivey | Attorney for the Debtor/Defendant |
| 484 Lake Park Avenue, #335 | Pros Rivera |
| Oakland, CA 94610 | 1999 Harrison Street, Suite 2675 |
| Telephone No.: (510) 451-2222 | Oakland, CA 94612 |
| | Telephone No.: (510) 763-1060 |

The undersigned Attorney for the Plaintiff mentioned above certifies that the Plaintiff seeks prosecution of this Appeal directly to the United States Court of Appeals for the Ninth Circuit under 28 U.S.C. 158 (c). A Separate Statement of Election to have this heard by the United States District Court is being filed.

Dated: August 17, 2007

Willie E. Phillips, Attorney for
Creditor/Plaintiff Cherie Ivey
484 Lake Park Avenue, #335
Oakland, California 94610
Telephone No.: 510-451-2222

2

Willie E. Phillips, #56009
LAW OFFICE OF WILLIE E. PHILLIPS
484 Lake Park Avenue, #335
Oakland, CA 94610

Tel: (510) 451-2222
Fax: (510) 451-2235

FILED
AUG 17 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Attorney for Creditor/Plaintiff Cherie Ivey

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| In Re:<br>**PROS RIVERA,**<br>    Debtor,<br><br>**CHERIE IVEY,**<br>    Plaintiff,<br>vs.<br>**PROS RIVERA,**<br>    Defendant. | Case No.: 05-32090 TEC<br>CHAPTER 11<br><br>Adversary Proceeding<br>No. 05-3441<br><br>SEPARATE STATEMENT OF ELECTION AT THE TIME OF FILING THE NOTICE OF APPEAL UNDER 28 U.S.C. 158 (c)(1) TO HAVE THE DISTRICT COURT OF APPEAL 28 U.S.C. 158 (c)(1) |

**SEPARATE STATEMENT OF ELECTION UNDER 28 U.S.C. 158 (c) (1)**

I Willie E. Phillips, Attorney for and in behalf of the Appellant/Creditor/Plaintiff Cherie Ivey, hereby declare that we Elect under 28 U.S.C. 158 (c) (1) to have this Appeal of the Judgment Entered on July 7, 2007 in Adversary No. 05-3441, which arises out of the Chapter 7 case of the Debtor Pros Rivera under Bankruptcy Case No. 05-32090 TEC, to be heard by the Untied States Court of Appeals for the Ninth Circuit.

I declare under penalty of perjury that the foregoing is true and correct and that this Separate Statement of Election was executed this 17th day of August, 2007 at Oakland, California

1

_____
Willie E. Phillips, Attorney for the Appellant Cherie Ivey

| | |
|---|---|
| 1  Willie E. Phillips, #56009 | **FILED** |
| 2  LAW OFFICE OF WILLIE E. PHILLIPS | AUG 1 7 2007 |
| 3  484 Lake Park Avenue, #335 | UNITED STATES BANKRUPTCY COURT |
|    Oakland, CA 94610 | SAN FRANCISCO, CA |
| 4  Tel: (510) 451-2222 | |
| 5  Fax: (510) 451-2235 | |

Attorney for Creditor Cherie Ivey

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| In Re: | Case No.: 05-32090 TEC |
| PROS RIVERA, | CHAPTER 7 |
|     Debtor, | |
| | |
| CHERIE IVEY, | Adversary Proceeding |
|     Plaintiff, | No. 05-3441 |
| vs. | PROOF OF SERVICE |
| PROS RIVERA, | |
|     Defendant. | |

## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in the County of Alameda, State of California and my business address is 484 Lake Park Avenue, #335, Oakland, California 94610.

On August 17, 2007 I served the following:

- **Notice Of Appeal To The Court Of Appeals From A Judgment Of A Bankruptcy Judge Entered In An Adversary Proceeding**

- **Separate Statement Of Election At The Time Of Filing The Notice Of Appeal Under 28 U.S.C. 158 (C)(1) To Have The District Court Of Appeal 28 U.S.C. 158 (C)(1)**

1

1 | on the interested parties in this action by placing true and correct copies thereof, enclosed in envelope(s)
2 | addressed as follows:

> Chris D. Kuhner, Esq.
> KORNFIELD, PAUL & NYBERG, P.C.
> 1999 Harrison Street, Suite 2675
> Oakland, California 94612
> Fax: (510) 273-8669

[ ]   **BY U.S. MAIL**: I know that the documents(s) described above was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope(s) containing said documents(s) was sealed and, with postage thereon fully prepaid, placed for collection and mailing on the date, following ordinary business practices, in the United States mail at Oakland, California.

[ X ]  **BY FAX**: I caused a true copy thereof to be transmitted via an electronic facsimile machine between the hours of 8:30 a.m. and 5:30 p.m.

[ ]    **BY PERSONAL SERVICE**: I caused such envelopes(s) to be hand delivered to the above address(es).

[ ]    **BY OVERNIGHT DELIVERY**:   I caused such envelope(s) to be delivered to the above addressee within 24 hours by overnight delivery service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
Joyce Clark

2

**Entered on Docket**
**August 07, 2007**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: August 07, 2007

_____
**THOMAS E. CARLSON**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PROS RIVERA,<br><br>    Debtor.<br>_____<br>CHERIE IVEY,<br><br>    Plaintiff,<br><br>vs.<br><br>PROS RIVERA,<br><br>    Defendant.<br>_____ | Case No. 05-32090 TEC<br><br>Chapter 7<br><br>UNITED STATES BANKRUPTCY COURT<br>Northern District of California<br>I certify that this is a true, correct and full copy of the original document on file in my custody.<br>Dated _August 20, 2007_<br>by _____<br>Deputy Clerk<br><br>Adv. Proc. No. 05-3441 TC |



**JUDGMENT AFTER TRIAL**

  The above-entitled action came to trial on June 27, 2007. Willie E. Phillips appeared for Plaintiff. Chris D. Kuhner appeared for Defendant. Upon due consideration, and based upon the findings of fact and conclusions of law stated orally upon the record at the conclusion of trial, the court hereby enters the

following judgment.

    (1)  Judgment is rendered for Defendant.  Plaintiff shall take nothing on her complaint.  Defendant is entitled to a discharge. The debt of Defendant to Plaintiff at issue in this action is not excepted from that discharge under 11 U.S.C. § 523.

    (2)  Each party shall bear his or her own attorneys fees.

    (3)  Defendant may recover taxable costs by making timely application under Civil Local Rule 54-1.

**\*\*END OF JUDGMENT\*\***

JUDGMENT AFTER TRIAL      -2-

<u>**Court Service List**</u>

Willie E. Phillips, Esq.
Law Offices of Willie E. Phillips
484 Lake Park Avenue, Suite 445
Oakland, CA 94610

Chris D. Kuhner, Esq.
Kornfield, Paul and Nyberg
1999 Harrison Street, Suite 2675
Oakland, CA 94612