**FILED**

SEP 2 7 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin              San Francisco Bankruptcy Court              (415) 268-2300
Clerk of Court                          235 Pine St.
                                         P.O. Box 7341
                                  San Francisco, CA 94120-7341


Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489


      Re    Pros Rivera, *Related BK Case:* 05-32090 TEC 7
              *Adversary Proceeding Case:* Ivey v. Rivera *05-3441*
              Bankruptcy Judge Thomas Carlson
              **District Court Case No.: C-07-4333 PJH**


Dear Mr. Wieking:

[X] Enclosed please find a conformed copy of Appellant Designation of Contents For Inclusion in
Record On Appeal , Statement of Issues,  Certificate of Service (Documents filed on 8/27/07); and
Amended Notice of Appeal, Amended Separate Statement of Election, Amended Designation of
Contents and  Certificate of Service (Documents filed by appellant on 8/30/07 to correct clerical
errors).

[X] The record of designated items and a certificate of record for the appeal are to follow once the
designated records are submitted to the bankruptcy court.


                        GLORIA L. FRANKLIN, Clerk
                        United States Bankruptcy Court

Dated:  September 27, 2007          By:    **QUAN LU**
                                    Deputy Clerk

1 | Willie E. Phillips #56009
**LAW OFFICES OF WILLIE E. PHILLIPS**
2 | 484 Lake Park Avenue, #335
Oakland, California 94610
3 |
Tel: (510) 451-2222
4 | Fax: (510) 451-2235

5 | Attorney for Creditor
Cherie Ivey
6 |

7 |

**FILED**

AUG 2 7 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

8 | UNITED STATES BANKRUPTCY COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 |

11 | In re:

12 | PROS RIVERA,

13 | Debtor.

14 | _____

15 | CHERIE IVEY,

16 | Plaintiff,

17 |

18 | vs.

19 | PROS RIVERA,

20 | Defendant.

21 |

CASE NO.  05-32090 TEC

CHAPTER 7

ADVERSARY NO. 05-3441

DESIGNATION OF CONTENTS FOR
INCLUSION IN RECORD ON APPEAL,
AND STATEMENT OF ISSUES ON APPEAL

22 | The Plaintiff herein, Cherie Ivey, filed and Appeal on August 17, 2007 and hereby files this

23 | as her Designation of Contents for Inclusion in the Record on Appeal, and Statement of Issues on

24 | Appeal:

25 | The following shall be included in the RECORD ON APPEAL:

26 | 1. Plaintiff's Complaint to Determine Dischargeability.

27 | 2. Defendant's Answer.

28 |

- 1 -

1     3. The entire transcript of the one day Bankruptcy Trial that took place on June 22, 2007

2  in the Bankruptcy Court of Judge Thomas E. Carlson.

3     4. The entire Deposition of Pros Rivera taken on May 22, 2007 and submitted to the Court

4  for Trial.

5     5. The Plaintiff's Trial Brief filed with the Bankruptcy Court.

6     6. The Plaintiff's Exhibits filed with the Bankruptcy Court and Admitted by Stipulation at

7  Trial on June 22, 2007 and the List is attached and hereby incorporated for Inclusion.

8     4. Judgment of the Court dated and Entered August 7, 2007.

9     5. Plaintiff's Notice of Appeal filed August 17, 2007.

10                            STATEMENT OF ISSUES

11     1. Did Judge Thomas E. Carlson abuse his discretion when he refused to allow Plaintiff's

12  Attorney to address the Court to request a written Finding of Fact and Conclusions of Law after he

13  made his oral Ruling Granting a Discharge to the Defendant/Debtor Pros Rivera.

14     2. Did Judge Carlson error and abuse his discretion in not considering the evidence and

15  Ruling there was no fraud and allowing a Discharge of the Debtor when the undisputed testimony

16  and documentary evidence in the form of a Deed of Trust signed by the Debtor attested that he

17  held title as "Pros Robert Rivera, a married man as his sole and separate property" to 637 Sandy

18  Hook Ct., Foster City, Ca. 94404 and later argued and confessed that he was only a fifty (50%)

19  percent owner with his wife which resulted in more than a $150,000.00 loss to the Plaintiff who

20  was beneficiary of the Deed?

21     3. Did Judge Carlson error and abuse his discretion when he ruled there was no fraud and

22  allowed a Discharge when the testimony of the Defendant/ debtor and documentary evidence

23  verified that the Debtor/Defendant set up Nevada Corporations that were never capitalized, did

24  business in California without registering as a foreign Corporation, solicited money from the

25  Plaintiff for real estate projects that did not exist, and the money solicited was used by him

26  personally and none of it used for any project?

27     4.     Did Judge Carlson error and abuse his discretion when he ruled there was no fraud

28

                                      - 2 -

1  and allowed a Discharge of the Defendant/Debtor , who was the President of the sham

2  Corporations, and who testified that he had more than seventeen(17) years experience as a Real

3  Estate Agent or Broker and many years experience managing Development Companies and

4  misrepresented facts to take a few Hundred Thousand Dollars from the Plaintiff, who has been a

5  Principal of an Oakland Public School?

6

7

8

9

10

11  Date: August 27, 2007

       Willie E. Phillips
12                              Attorney for Appellant/Plaintiff Cherie Key

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED

JUN 2 2 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  Willie E. Phillips, #56009
   LAW OFFICE OF WILLIE E. PHILLIPS
2  484 Lake Park Avenue, #335
3  Oakland, CA 94610

4  Tel: (510) 451-2222
5  Fax: (510) 451-2235

6
7  Attorney for Creditor Cherie Ivey

8              **UNITED STATES BANKRUPTCY COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**
10

11  **In Re:**                              Case No.: 05-32090 TEC
12  **PROS RIVERA,**                         CHAPTER 7
13              **Debtor,**
14

15
16  **CHERIE IVEY,**                         Adversary Proceeding
                                            No. 05-3441
17              **Plaintiff,**
18  **vs.**                                 **PLAINTIFF'S LIST OF EXHIBITS IN THE CASE OF CHERIE IVEY V. PROS RIVERA, BANKRUPTCY CASE NO. 05-32090 TEC, NORTHERN DISTRICT CALIFORNIA (San Francisco) –(Amended to Correct Clerical Error)**
19  **PROS RIVERA,**
20              **Defendant.**
21
22                                          **Judge: Judge, Thomas E. Carlson**
                                            **Location: 23rd Floor**
23                                          **Action: TRIAL**
24                                          **Date: July 26, 2007**
                                            **Time: 9:30a.m.**
25

26  ────────────────────────

27        **PLAINTIFF'S LIST OF EXHIBITS IN THE CASE OF CHERIE IVEY V. PROS RIVERA,**
          **BANKRUPTCY CASE NO. 05-32090 TEC, NORTHERN DISTRICT**
28                       **CALIFORNIA (San Francisco)**

29  **Exhibit 1**        Titan Endeavors, Inc. Articles of Incorporation and agent for service of Process.

30  **Exhibit 2**        Nevada Secretary of State summary of activities of Titan Endeavors, Inc and

1

| | | |
|---|---|---|
| 1 | | corporation actions. |
| 2 | **Exhibit 3** | Employment Agreement with Stock Options of Pros Rivera dated 5/9/2003 and |
| 3 | | 1/1/2004 stock certificate, Board Minutes, and Summary of Holding |
| 4 | **Exhibit 4** | Complaint filed October 11, 2005, Cherie Ivey v. Pros Rivera Case No. 05-3441 |
| 5 | | TC , Complaint to Deny Discharge of Debtor Pros Rivera |
| 6 | **Exhibit 5** | Note for $300,000.00 dated January 26, 2005 and due February 26, 2006. |
| 7 | **Exhibit 6** | Note for $300,000.00 dated January 26, 2005 and due February 26, 2006. |
| 8 | **Exhibit 7** | Deed of Trust recorded February 2, 2005 and dated January 27, 2005 in the amount |
| 9 | | of $300,000.00 secured by property of Pros Rivera for the benefit of Cherie Ivey |
| 10 | | signed by Pros Rivera. |
| 11 | **Exhibit 8** | Memorandum of Agreement dated January 28, 2005 and for payment to Cherie |
| 12 | | Ivey of $300,000.00 and two condominiums (value $899,000.00 each), signed by |
| 13 | | Pros Rivera and Jerry Diggs. |
| 14 | **Exhibit 9** | Titan Endeavors, Inc. Corporate documents dated April 17, 2003, listing Pros |
| 15 | | Rivera as President/CEO, Agent for service of summons, and Minutes dated |
| 16 | | January 1, 2004, Stock Ledger Statement dated May 30, 2003. |
| 17 | **Exhibit 10** | Commonwealth Land Title Company Closing Statement dated December 22, 2004 |
| 18 | | and signed by Pros Rivera. |
| 19 | **Exhibit 11** | Document from Powerhouse Mortgage and Funding Co., LLC dated November 17, |
| 20 | | 2004 regarding $17,575,000.00. Loan approval and Sell (San Mateo |
| 21 | | property/Millbrae) |
| 22 | **Exhibit 12** | Cashin Company letter dated November 22, 2004 regarding comparable values of |
| 23 | | property (Millbrae Project), Fax of Powerhouse Mortgage Documents; |
| 24 | | Commonwealth Land Title Closing Statement; Cashin Company fax; Ad in |
| 25 | | Chronicle requesting $150,000.00. |
| 26 | **Exhibit 13** | Fax Memo hand written from Jerry Diggs promising $300,000.00 out of Escrow |
| 27 | | and Condominiums dated January 26, 2005. |
| 28 | **Exhibit 14** | Bank of America check in the amount of $150,000.00 from Cherie Ivey payable to |
| 29 | | Titan Endeavors dated January 28, 2005. |
| 30 | **Exhibit 15** | Fax copy dated March 29, 2005 of the Agreement between Titan Endeavors, Inc. |

|   |   |   |
|---|---|---|
| 1 |   | and Cherie Ivey for $175,000.00; Agreement dated February 24, 2005; Bank of |
| 2 |   | America Wire Transfer of $100,000.00 per Instruction. |
| 3 | **Exhibit 16** | A Fax to Attorney Phillips addressed a Memo to Cherie Ivey dated May 5, 2005 |
| 4 |   | seeking to have Cherie Ivey to Transfer $225,000.00 plus $95,000.00 for some |
| 5 |   | alleged merger; Sierra Condo Minimum Acquisition, Inc.; Memo dated May 2, |
| 6 |   | 2005 regarding $10,000,000.00 preferred shares signed by Jerry Diggs. |
| 7 | **Exhibit 17** | Handwritten Memo signed April 24, 2004 provided to Cherie Ivey soliciting |
| 8 |   | $225,000.00 to an attorney's Bank Account $75,000.00 to Titan Endeavors, Inc. |
| 9 |   | trans shares regarding Sierra Condo Acquisitions; a letter dated March 3, 2005 |
| 10 |   | from Sierra to Princeton Acquisitions; Finders Agreement; an Overview; Business |
| 11 |   | Plan, etc... |
| 12 | **Exhibit 18** | Document print date March 1, 2005 regarding property located at 2697 Havens |
| 13 |   | Court Blvd, Oakland, California by Titan Endeavors as one of the company's |
| 14 |   | projects for investment. |
| 15 | **Exhibit 19** | Document print dated March 1, 2005 regarding property located 2600 International |
| 16 |   | Blvd., Oakland, California sent by Titan Endeavors, Inc. as one of the company's |
| 17 |   | projects for investment. |
| 18 | **Exhibit 20** | Business Summary of proposed Mass Housing Project in the Republic of the |
| 19 |   | Philippines dated August 21, 2003 used to solicit investment from Plaintiff. |
| 20 | **Exhibit 21** | Secured Claim of Cherie Ivey filed October 4, 2005 in the amount of #313,069.80 |
| 21 |   | per the Note dated January 26, 2005 and Deed of Trust against the Foster City, |
| 22 |   | California property of Pros Rivera. |
| 23 | **Exhibit 22** | Unsecured Claim for $2,098,000.00 filed October 4, 2005 seeking the Contract |
| 24 |   | Amount promised to Cherie Ivey by Pros Rivera in written Agreement dated |
| 25 |   | January 28, 2005. |
| 26 | **Exhibit 23** | Unsecured Claim for $175,000.00 filed October 6, 2005 seeking the amount turned |
| 27 |   | over by Cherie Ivey due to Fraud by Pros Rivera and his company associates in |
| 28 |   | writing signed February 24, 2005 and verifying documents. |
| 29 | **Exhibit 24** | Unsecured Claim filed October 11, 2005 for $150,000.00 for the money received |
| 30 |   | from Cherie Ivey by Pros Rivera as a fraud per written Agreement dated January |

1 | 28, 2005.

2 | **Exhibit 25** Notice of Pending Action filed and recorded against the real property of Pros
3 | Rivera in Foster City, California on April 20, 2005.

4 | **Exhibit 26** Supplemental Notice of Action Pending filed and Recorded on May 4, 2006 in
5 | behalf of Cherie Ivey against property of Pros Rivera in Foster City, California.

6 | **Exhibit 27** Amended Order by Bankruptcy Court entered May 22, 2006 to sell the Foster City,
7 | California property of Defendant Pros Rivera per Chapter 7 Trustee Motion.

8 | **Exhibit 28** E-mails from Chapter 7 Trustee Attorney Fallon dated June 6, 2006 indicating sale
9 | of Foster City property produced $146,135.90 with $87,681.54 to Cherie Ivey. An
10 | E-mail dated August 2, 2006 and supporting documents from Chicago Title
11 | Company showing over-payment to the Trustee in the amount of $38,018.82 and a
12 | demand that Cherie Ivey repay $9,504.58; A copy of Cherie Ivey check dated
13 | September 15, 20006 payable to Chicago Title in the amount of $9,504.70.

14 | **Exhibit 29** Abstract of Judgment in San Mateo County Court filed on June 21, 2005 by
15 | GMAC against Pros Rivera after Repossession of Luxury vehicles used by him &
16 | his company to impress and defraud investors (Judgment was $103,010.94)

17 |

18 |

19 | Dated: June 20, 2007

20 |

21 |

22 |

23 | Willie E. Phillips, Attorney for the Plaintiff
      Cherie Ivey

24 |

25 |

26 |

27 |

28 |

29 |

30 |

4

FILED

AUG 3 0 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  Willie E. Phillips, #56009
   LAW OFFICE OF WILLIE E. PHILLIPS
2  484 Lake Park Avenue, #335
3  Oakland, CA 94610

4  Tel: (510) 451-2222
5  Fax: (510) 451-2235

6

7  Attorney for Creditor Cherie Ivey

8              UNITED STATES BANKRUPTCY COURT

9          NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

10

11  **In Re:**                          **Case No.: 05-32090 TEC**
                                        **CHAPTER 7**
12  **PROS RIVERA,**

13          **Debtor,**

14

15

16  **CHERIE IVEY,**                    **Adversary Proceeding**
                                        **No. 05-3441**
17          **Plaintiff,**
                                        **PROOF OF SERVICE**
18  **vs.**

19  **PROS RIVERA,**

20          **Defendant.**

21
                          **PROOF OF SERVICE**
22      I am a citizen of the United States, over the age of 18 years, and not a party to the

23  within action. I am employed in the County of Alameda, State of California and my business

24  address is 484 Lake Park Avenue, #335, Oakland, California 94610.

25      On August 27, 2007 I served the following:

26      ▪   **Designation of Contents for Inclusion in Record on Appeal and Statement**
            **of Issues on Appeal**
27

28  on the interested parties in this action by placing true and correct copies thereof, enclosed in envelope(s)

29  addressed as follows:

30

1

1

2    Chris D. Kuhner, Esq.
     KORNFIELD, PAUL & NYBERG, P.C.
3    1999 Harrison Street, Suite 2675
     Oakland, California 94612
4    Fax: (510) 273-8669

5

6    [ ]    **BY U.S. MAIL**: I know that the documents(s) described above was deposited with the

7           United States Postal Service on the same day this declaration was executed in the ordinary

8           course of business. I know that the envelope(s) containing said documents(s) was sealed and,

9           with postage thereon fully prepaid, placed for collection and mailing on the date, following

10          ordinary business practices, in the United States mail at Oakland, California.

11   [ X ]  **BY FAX**:  I caused a true copy thereof to be transmitted via an electronic facsimile machine.

12   [ ]    **BY PERSONAL SERVICE**:  I caused such envelopes(s) to be hand delivered to the above
13
            address(es).
14

15   [ ]    **BY OVERNIGHT DELIVERY**:       I caused such envelope(s) to be delivered to the above

16          addressee within 24 hours by overnight delivery service.

17          I declare under penalty of perjury under the laws of the State of California that the foregoing is

18   true and correct.

19

20

21

22                                   Willie E. Phillips

23

24

25

26

27

28

29

30

                                              2

FILED

AUG 3 0 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

1  Willie E. Phillips, #56009
   LAW OFFICE OF WILLIE E. PHILLIPS
2  484 Lake Park Avenue, #335
3  Oakland, CA 94610

4  Tel: (510) 451-2222
5  Fax: (510) 451-2235

6
7  Attorney for Creditor/Plaintiff Cherie Ivey

8              **UNITED STATES BANKRUPTCY COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**
10

11 | **In Re:** | **Case No.: 05-32090 TEC** |
12 | | **CHAPTER 11** |
   | **PROS RIVERA,** | |
13 | **Debtor,** | |
14
15
16 | **CHERIE IVEY,** | **Adversary Proceeding** |
   | | **No. 05-3441** |
17 | **Plaintiff,** | |
18 | **vs.** | **AMENDED NOTICE OF APPEAL TO** |
   | | **THE COURT OF APPEALS FROM A** |
19 | **PROS RIVERA,** | **JUDGMENT OF A BANKRUPTCY** |
   | | **JUDGE ENTERED IN AN ADVERSARY** |
20 | **Defendant.** | **PROCEEDING (TO CORRECT** |
21 | | **CLERICAL ERRORS)** |

22
23    **NOTICE OF APPEAL TO THE UNITED STATES DISTRICT COURT OF APPEALS**

24                        **UNDER 28. U.S.C. 158(a)**

25         The Plaintiff Cherie Ivey appeals to the United States Court of Appeals for the Ninth
26  Circuit under 29 U.S.C. 158 (a) from a Final Judgment of the Bankruptcy Judge Thomas C.
27  Carlson Entered in this Adversary Proceeding on **August 7, 2007**. The Adversary Proceeding
28  was a Trial on the Plaintiff's Complaint for Non-Dischargeability of the Debtor/Defendant Pros
29  Rivera based on a Fraudulent Deed and other fraudulent documents used to obtain a few
30  hundred thousand dollars from the Plaintiff and the Bankruptcy Court Judges ruling in favor of
    the Defendant. The Adversary Proceeding No. 05-3441 is the proceeding from which this

                                        1

1    Appeal arises and relates to Bankruptcy Case No. 05-32090 TEC under Chapter 7 filed by the

2    Debtor Pros Rivera.

3         The names of all the Parties to the Judgment appealed from and the names and

4    addresses of their respective attorneys are as follows:

5

6    Willie E. Phillips,                              Chris d. Kuhner
     Attorney for the Creditor/Plaintiff             Kornfield, Paul & Nyberg, P.C.
7    Cherie Ivey                                     Attorney for the Debtor/Defendant
     484 Lake Park Avenue, #335                      Pros Rivera
8    Oakland, CA 94610                               1999 Harrison Street, Suite 2675
9    Telephone No.: (510) 451-2222                   Oakland, CA 94612
                                                     Telephone No.: (510) 763-1060
10

11        The undersigned Attorney for the Plaintiff mentioned above certifies that the Plaintiff
12
     seeks prosecution of this Appeal directly to the United States Court of Appeals for the Ninth
13
     Circuit under 28 U.S.C. 158 (c). A Separate Statement of Election to have this heard by the
14
     United States District Court is being filed.
15

16
     Dated: **August 29, 2007**
17

18

19

20                                        Willie E. Phillips, Attorney for
                                          Creditor/Plaintiff Cherie Ivey
21                                        484 Lake Park Avenue, #335
                                          Oakland, California 94610
22                                        Telephone No.: 510-451-2222

23

24

25

26

27

28

29

30

2

FILED

AUG 3 0 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Willie E. Phillips, #56009
LAW OFFICE OF WILLIE E. PHILLIPS
484 Lake Park Avenue, #335
Oakland, CA 94610

Tel: (510) 451-2222
Fax: (510) 451-2235

Attorney for Creditor/Plaintiff Cherie Ivey

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

In Re:

PROS RIVERA,

    Debtor,

**CHERIE IVEY,**

    **Plaintiff,**

vs.

PROS RIVERA,

    **Defendant.**

**Case No.: 05-32090 TEC**
**CHAPTER 11**

**Adversary Proceeding**
**No. 05-3441**

**AMENDED SEPARATE STATEMENT OF ELECTION AT THE TIME OF FILING THE NOTICE OF APPEAL UNDER 28 U.S.C. 158 (c)(1) TO THE DISTRICT COURT OF APPEAL 28 U.S.C. 158 (c)(1) (TO CORRECT CLERICAL ERRORS)**

**SEPARATE STATEMENT OF ELECTION UNDER 28 U.S.C. 158 (c) (1)**

I ,Willie E. Phillips, Attorney for and in behalf of the Appellant/Creditor/Plaintiff Cherie Ivey, hereby declare that we Elect under 28 U.S.C. 158 (c) (1) to have this Appeal of the Judgment Entered on **August 7, 2007** in Adversary No. 05-3441, which arises out of the Chapter 7 case of the Debtor Pros Rivera under Bankruptcy Case No. 05-32090 TEC, to be heard by the United States Court of Appeals for the Ninth Circuit.

I declare under penalty of perjury that the foregoing is true and correct and that this **Amended** Separate Statement of Election was executed on **August 29, 2007** at Oakland, California

Willie E. Phillips, Attorney for the Appellant Cherie Ivey

1

FILED

AUG 3 0 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Willie E. Phillips, #56009
LAW OFFICE OF WILLIE E. PHILLIPS
484 Lake Park Avenue, #335
Oakland, CA 94610

Tel: (510) 451-2222
Fax: (510) 451-2235

Attorney for Creditor/Plaintiff Cherie Ivey

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| In Re:<br><br>PROS RIVERA,<br><br>    Debtor, | **Case No.: 05-32090 TEC**<br>**CHAPTER 11** |
| **CHERIE IVEY,**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**PROS RIVERA,**<br><br>    **Defendant.** | **Adversary Proceeding**<br>**No. 05-3441**<br><br>**AMENDED DESIGNATION OF**<br>**CONTENTS FOR INCLUSION IN**<br>**RECORD ON APPEAL AND**<br>**STATEMENT OF ISSUES ON APPEAL**<br>**(TO CORRECT CLERICAL ERRORS)** |

The Plaintiff herein, Cherie Ivey, filed an Appeal on August 17, 2007 and hereby files

this as her **Amended** Designation of Contents for Inclusion in the Record on Appeal, and

Statement of Issues on Appeal.

The following shall be included in the **RECORD ON APPEAL**:

1. Plaintiff's Complaint to Determine Dischargeability

2. Defendant's Answer

3. The entire transcript of the one day Bankruptcy Trial that took place on **June 27, 2007**

in the Bankruptcy Court of Judge Thomas E. Carlson.

1

1     4.  The entire Deposition of Pros Rivera taken on May 22, 2007 and submitted to the Court
2   for Trial.

3     5.  The Plaintiff's Trial Brief filed with the Bankruptcy Court.

4     6.  The Plaintiff's Exhibits filed with the Bankruptcy Court and Admitted by Stipulation at
5   Trial on **June 27, 2007** and the List is attached and hereby incorporated for Inclusion.

6     7.  Judgment of the Court dated and Entered on August 7, 2007

7     8.  Plaintiff's Notice of Appeal filed on August 17, 2007

8

9                              **STATEMENT OF ISSUES**

10    1.  Did Judge Thomas E. Carlson abuse his discretion when he refused to allow Plaintiff's
11  Attorney to address the Court to request a written Finding of Fact and Conclusion of Law after
12  he made his oral Ruling Granting a Discharge to the Defendant/Debtor Pros Rivera?

13    2.  Did Judge Carlson error and abuse his discretion in not considering the evidence and
14  Ruling there was no fraud and allowing a Discharge of the Debtor when the undisputed
15  testimony and documentary evidence in the form of a Deed of Trust signed by the Debtor
16  attested that he held title as "Pros Robert Rivera, a married man as his sole and separate
17  property" to 637 Sandy Hook Ct., Foster City, CA 94404 and later argued and confessed that
18  he was only a fifty (50%) percent owner with his wife which resulted in more than a
19  $150,000.00 loss to the Plaintiff who was beneficiary of the Deed?

20    3.  Did Judge Carlson error and abuse his discretion when he ruled there was no fraud and
21  allowed a Discharge when the testimony of the Defendant/Debtor and documentary evidence
22  verified that the Debtor/Defendant set up Nevada Corporations that were never capitalized, did
23  business in California without registering as a foreign Corporation, solicited money from the
24  Plaintiff for real estate projects that did not exist, and the money solicited was used by him
25  personally and none of it used for any project?

26    4.  Did Judge Carlson error and abuse his discretion when he ruled there was no fraud and
27  allowed a Discharge of the Defendant/Debtor, who was President of the sham Corporations,
28  and who testified that he had more than seventeen (17) years experience as a Real Estate Agent
29  or Broker and many years experience managing Development Companies and misrepresented
30

                                        2

1   facts to take a few Hundred Thousand Dollars from the Plaintiff, who **was** a Principal of an
2   Oakland Public School?

3

4   Date: **August 29, 2007**

5

6

7                                        Willie E. Phillips, Attorney for Appellant/Plaintiff
                                         Cherie Ivey

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

30

                                         3

1 | Willie E. Phillips, #56009
LAW OFFICE OF WILLIE E. PHILLIPS
2 | 484 Lake Park Avenue, #335
3 | Oakland, CA 94610

4 | Tel: (510) 451-2222
5 | Fax: (510) 451-2235

6 |
7 | Attorney for Creditor Cherie Ivey

**FILED**

AUG 3 0 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

8 | ## UNITED STATES BANKRUPTCY COURT
9 | ## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)
10 |

11 | **In Re:**
12 | **PROS RIVERA,**
13 | **Debtor,**

**Case No.: 05-32090 TEC**
**CHAPTER 7**

14 |
15 |
16 | **CHERIE IVEY,**
17 | **Plaintiff,**
18 | **vs.**
19 | **PROS RIVERA,**
20 | **Defendant.**

**Adversary Proceeding**
**No. 05-3441**

**PROOF OF SERVICE**

21 |
22 | ## PROOF OF SERVICE

I am a citizen of the United States, over the age of 18 years, and not a party to the
23 | within action. I am employed in the County of Alameda, State of California and my business
24 | address is 484 Lake Park Avenue, #335, Oakland, California 94610.
25 | On August 30, 2007 I served the following:

26 | - **Amended Separate Statement of Election at the Time of Filing The Notice
27 | of Appeal Under 28 U.S.C. 158 (c) (1) To the District Court of Appeal 28
U.S.C. 158 (c) (1) (To Correct Clerical Errors)**
28 |
29 | - **Amended Notice of Appeal to The Court of Appeals From a Judgment of A
Bankruptcy Judge Entered In An Adversary Proceeding (To Correct
30 | Clerical Errors)**

1

- **Amended Designation of Contents For Inclusion In Record On Appeal and Statement of Issues On Appeal ( To Correct Clerical Errors)**

on the interested parties in this action by placing true and correct copies thereof, enclosed in envelope(s) addressed as follows:

> Chris D. Kuhner, Esq.
> KORNFIELD, PAUL & NYBERG, P.C.
> 1999 Harrison Street, Suite 2675
> Oakland, California 94612
> Facsimile: (510) 273-8669

[ ]    **BY U.S. MAIL**: I know that the documents(s) described above was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope(s) containing said documents(s) was sealed and, with postage thereon fully prepaid, placed for collection and mailing on the date, following ordinary business practices, in the United States mail at Oakland, California.

[ X ]    **BY FAX**: I caused a true copy thereof to be transmitted via an electronic facsimile machine between the hours of 8:30 a.m. and 5:30 p.m.

[ ]    **BY PERSONAL SERVICE**: I caused such envelopes(s) to be hand delivered to the above address(es).

[ ]    **BY OVERNIGHT DELIVERY**:    I caused such envelope(s) to be delivered to the above addressee within 24 hours by overnight delivery service.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Willie E. Phillips

2