# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin         San Francisco Bankruptcy Court         (415) 268-2300
Clerk of Court             235 Pine St.
                           P.O. Box 7341
                           San Francisco, CA 94120-7341

**FILED**
OCT 2 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

C 07-4333 PJH

**FILED**
OCT 0 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: *Pros Rivera*                        Re: *Cheri Ivey vs. Pros Rivera*
    05-32090 Thomas E. Carlson              Adversary No. 05-3441 Thomas E. Carlson

Dear Mr. Wieking:

We are transmitting the following documents to your court:

[X] Enclosed please find a copy of the Appellant's Designation of Issues and Record on Appeal filed on August 27, 2007 and Certificate of Record filed on October 2, 2007 in Adversary Proceeding case # 05-3441 at Bankruptcy Court.

[ ] Enclosed please find the record of designated items and a certificate of record for an appeal that has been previously sent to the district court.

[ ] Enclosed please find the copies of pleadings in amended designation of record for an appeal that has been previously sent to the district court.

Please acknowledge receipt of the enclosed documents with the District Court case number on the copy of this letter and return it to *U.S. Bankruptcy Court, San Francisco Division.*

                                            Gloria L. Franklin, Clerk
                                            United States Bankruptcy Court

Dated: October 2, 2007                      By: _____
                                                Deputy Clerk

**FILED**
OCT 2 2007
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:   Pros Rivera                                            Case Number: 05-32090 TEC

Chapter: 7

_____ Debtor(s) /          Adversary No. 05-3441

Cheri Ivey,                                                     District Court. Case No: C-07-4333 PJH

                Plaintiff,

       vs.

Pros Rivera,

                Defendant

_____ /

## CERTIFICATE OF RECORD

The undersigned Deputy Clerk of the U. S. Bankruptcy Court, San Francisco Division, hereby certifies that the record on appeal in complete and ready for transmission. The Designation of Record and Statement of Issues have been filed and copies are provided with this certificate. The status of the transcripts are as follows:

[ X ] All transcript(s) requested by either the Appellant or Appellee have been filed with this court and copies are included.

[ ] No transcripts were requested by either the Appellant or Appellee.

Date   October 2, 2007                          Gloria L. Franklin, Clerk
                                                United States Bankruptcy Court

                      By: *Michelle Walker*
                                                Deputy Clerk, Michelle Walker

d\certrec.bk

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, at San Francisco, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the foregoing document by depositing it in the regular United States mail at San Francisco, California on the date shown below, in a sealed envelope bearing the lawful frank of the Bankruptcy Judge, addressed as listed below.

DATED: October 2, 2007                    Michelle Walker
                                          Deputy Clerk


Willie E. Phillips,
Attorney for the Creditor/Planitff
Cheri Ivey
484 Lake Park Avenue, #335
Oakland, CA 94610

Chris D. Kuhner
Kornfield, Paul & Nyberg, P.C.
Attorney for the Debtor/Defendant
Pros Rivera
1999 Harrison Street, Suite 2675
Oakland, Ca 94612

United States District Court
450 Golden Gate Avenue
PO Box 36060
San Francisco, CA 94102-3489

United States Trustee
235 Pine Street, Ste 700
San Francisco, CA 94104