1  Willie E. Phillips, #56009
   LAW OFFICE OF WILLIE E. PHILLIPS
2  484 Lake Park Avenue, #335
3  Oakland, CA 94610

4  Tel: (510) 451-2222
5  Fax: (510) 451-2235

6
7  Attorney for Appellant/Plaintiff Cherie Ivey

8  **UNITED STATES DISTRICT COURT**
9  **NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**

| | |
|---|---|
| **In Re:** <br> **PROS RIVERA,** <br>       **Debtor,** | **Civil Number: CV 07-04333PJH** |
| **CHERIE IVEY,** <br>       **Plaintiff,** <br> **vs.** <br> **PROS RIVERA,** <br>       **Defendant.** | **Bankruptcy No.: 05-32090 TEC** <br> **Adversary Proceeding No. 05-3441** <br><br> **EX PARTE "EMERGENCY" APPLICATION AND MOTION FOR AN ORDER GRANTING A ONE WEEK EXTENSION TO FILE THE APPELLANT'S OPENING BRIEF DUE TO ILLNESS OF ATTORNEY FOR APPELLANT** |

        Willie E. Phillips, Attorney for the Plaintiff/Appellant hereby applies for an "Emergency" Court Order Extending the Deadline to serve and file the Appellant's Opening Brief from November 13, 2007 for one week to November 20, 2007.

        This Ex Parte "Emergency" Application and Motion is made on the grounds of illness of the Attorney for the Appellant. Attorney Phillips became very ill with a cold or flu on Friday night November 9, 2007 and continues to be ill as of today November 13, 2007. Because of this being a medical emergency on the weekend and Monday (November 12, 2007) being the Veteran's Day Holiday with the Court's being closed, there has not been an opportunity to provide the Court with a

1  Noticed Motion. There has not been a prior Extension requested and there is no detriment nor adverse
2  effect on the Appellee.
3       This Ex Parte "Emergency" Application and Motion is based on the attached Declaration of
4  Appellant's Attorney Willie E. Phillips and Memorandum of Points and Authorities served by fax on the
5  Apellee's Attorney and filed herewith.

7  Date: November 13, 2007

8                                          /s/
9                                          _____
10                                         Willie E. Phillips, Attorney for Plaintiff/Appellant

Ex Parte Emergency Application for Extension 2