1  Willie E. Phillips, #56009
   LAW OFFICE OF WILLIE E. PHILLIPS
2  484 Lake Park Avenue, #335
3  Oakland, CA 94610

4  Tel: (510) 451-2222
   Fax: (510) 451-2235
5

6
7  Attorney for Appellant/Plaintiff Cherie Ivey

8  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA ( San Francisco)**
9

| In Re: | Civil Number: CV 07-04333PJH |
|---|---|
| **PROS RIVERA,** | |
|     Debtor, | |
| **CHERIE IVEY,** | Bankruptcy No.: 05-32090 TEC |
|     Plaintiff, | Adversary Proceeding No. 05-3441 |
| vs. | **DECLARATION OF ATTORNEY FOR THE APPELLANT IN SUPPORT OF "EMERGENCY" APPLICATION AND MOTION FOR AN ORDER GRANTING A ONE (1) WEEK EXTENSION TO FILE THE APPELLANT'S OPENING BRIEF DUE TO ILLNESS OF THE ATTORNEY FOR APPELLANT** |
| **PROS RIVERA,** | |
|     Defendant. | |

I Willie E. Phillips, Attorney for the Appellant, declare as follows:

1. I am an Attorney licensed to practice law in all California Courts and in this Federal Court. I am the Attorney representing the Plaintiff/Appellant in this proceeding. The Appellant's Opening Brief is due on November 13, 2007 (Today). I am requesting that this Court Extend my time to file the Appellant's Opening Brief for one (1) week until November 20, 2007 due to my illness.

2. I am not a person who does not become ill very often. But, on Friday evening (November 9, 2007), I became very ill with a cold or flu. I had chills, sweats, and chest congestion. I am taking over-the-counter drugs and was bedridden the entire weekend. I could only sleep and drink liquids. I was unable to complete the work on the Appellant's Opening Brief due to the illness.

Declaration of Atty. Re Ex Parte Emergency Application 1

3. I have not requested any prior Extensions or Continuances in this case during the Bankruptcy case nor during this Appeal. I do not have a reputation for missing deadlines. I have had a copy of this filing sent to the Attorney for the Appellee. There is no detriment to the Appellee if this Court Extends the filing deadline for the Appellant's Opening Brief for one (1) week from November 13 to November 20, 2007.

I declare under penalty of perjury that the foregoing Declaration is true and correct and that it was executed on November 13, 2007 in the City of Oakland, California.

/s/

_____

Willie E. Phillips, Attorney for Plaintiff/Appellant

Declaration of Atty. Re Ex Parte Emergency Application 2