Willie E. Phillips, #56009
LAW OFFICE OF WILLIE E. PHILLIPS
484 Lake Park Avenue, #335
Oakland, CA 94610

Tel: (510) 451-2222
Fax: (510) 451-2235

Attorney for Appellant/Plaintiff Cherie Ivey

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA (San Francisco)**

| | |
|---|---|
| **In Re:**<br><br>**PROS RIVERA,**<br><br>Debtor, | **Case No.:**<br>**Civil Number: CV 07-04333PJH** |
| **CHERIE IVEY,**<br><br>Plaintiff,<br><br>vs.<br><br>**PROS RIVERA,**<br><br>Defendant. | **Bankruptcy No.: 05-32090 TEC**<br>**Adversary Proceeding No. 05-3441**<br><br>**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF AN EX PARTE "EMERGENCY" APPLICATION AND MOTION FOR AN ORDER GRANTING A ONE WEEK EXTENSION TO FILE THE APPELLANT'S OPENING BRIEF DUE TO ILLNESS OF ATTORNEY FOR APPELLANT** |

**THIS COURT MAY ISSUE AN ORDER IN RESPONSE TO A EX PARTE "EMERGENCY"**

**MOTION**

1. The Attorney for the Appellant became ill over the weekend and is requesting a one (1) week Extension to file the Appellant's Opening Brief which is now due November 13, 2007 (Today). The Appellant's Attorney is submitting this "Emergency" Motion pursuant to Rule 8011 (a) of the Federal Rules of Bankruptcy Procedure by filing this with the Clerk of the District Court and a Proof of Service by Fax on the Appellee. A Declaration Under Penalty of Perjury signed by Attorney for the Appellant is being filed herewith.

Memorandum of Points & Authorities re Ex Parte Emergency Application 1

1    2.  Under Rule 8011 (b), this Motion "…may be acted upon at any time, without awaiting a
2   response thereto and without a hearing."

3    3.  Because of the illness of the Appellant's Attorney over the weekend, he is unable to complete
4   and file the Appellant's Opening Brief which is due November 13, 2007 (today). The Appellant's
5   Attorney therefore requests "Expedited Action" on the Motion "to avoid irreparable harm" to the
6   Appeal. Pursuant to Rule 8011 (d) of the Federal Rules of Bankruptcy Procedure, the word
7   "Emergency" must precede the title of the Motion.

8    4.  As required under Rule 8008 of the Federal Rules of Bankruptcy Procedure, the Attorney for
9   the Appellee has been served by Fax prior to the filing of this "Ex Parte Emergency Motion" to allow a
10  one (1) week Extension to file the Appellant's Opening Brief which is due today (November 13, 2007).

11   5.  We hereby Request that this Court issue a new Briefing Schedule for the Appellant and the
12  Appellee pursuant to this "Emergency Motion."

Date: November 13, 2007

/s/

_____

Willie E. Phillips, Attorney for Plaintiff/Appellant