0Willie E. Phillips, #56009
LAW OFFICE OF WILLIE E. PHILLIPS
484 Lake Park Avenue, #335
Oakland, CA 94610

Tel: (510) 451-2222
Fax: (510) 451-2235

Attorney for Appellant Cherie Ivey

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

| | |
|---|---|
| **In Re:**<br>**PROS RIVERA,**<br>    Debtor, | **Case no:**<br>**Civil Number: CV 07-4333PJH** |
| **CHERIE IVEY,**<br>    Plaintiff,<br>vs.<br>**PROS RIVERA,**<br>    Defendant. | **Bankruptcy No.: 05-32090 TEC**<br>**Adversary Proceeding No. 05-3441**<br><br>**PROOF OF SERVICE** |

## **PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to the within action. I am employed in the County of Alameda, State of California and my business address is 484 Lake Park Avenue, #335, Oakland, California 94610.

On November 13, 2007, I served the following:

- **Ex Parte "Emergency" Application and Motion For An Order Granting A One Week Extension To File The Appellant's Opening Brief Due To Illness Of Attorney For Appellant**

- **Memorandum of Points and Authorities in Support of an Ex Parte "Emergency" Application And Motion For An Order Granting A One**

1

**Week Extension To File The Appellant Opening Brief Due To Illness Of The Attorney For Appellant**

- **Declaration of Attorney For The Appellant in Support of "Emergency" Application and Motion For An Order Granting A One (1) Week Extension To File The Appellant's Opening Brief Due To Illness Of the Attorney For the Appellant**

on the interested parties in this action by placing true and correct copies thereof, enclosed in envelope(s) addressed as follows:

> Chris D. Kuhner, Esq.
> KORNFIELD, PAUL & NYBERG, P.C.
> 1999 Harrison Street, Suite 2675
> Oakland, California 94612
> Facsimile #: (510) 273-8669

[ ]  **BY U.S. MAIL**:  I know that the documents(s) described above was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope(s) containing said documents(s) was sealed and, with postage thereon fully prepaid, placed for collection and mailing on the date, following ordinary business practices, in the United States mail at Oakland, California.

**[ X ]**  **BY FAX**:  I caused a true copy thereof to be transmitted via an electronic facsimile machine between the hours of 8:30 a.m. and 5:30 p.m.

[ ]  **BY PERSONAL SERVICE**:  I caused such envelopes(s) to be hand delivered to the above address(es).

[ ]  **BY OVERNIGHT DELIVERY**:    I caused such envelope(s) to be delivered to the above addressee within 24 hours by overnight delivery service.

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____/s/_____
Joyce Clark