1  Willie E. Phillips, #56009
   LAW OFFICE OF WILLIE E. PHILLIPS
2  484 Lake Park Avenue, #335
3  Oakland, CA 94610

4  Tel: (510) 451-2222
   Fax: (510) 451-2235
5
6  Attorney for Appellant/Plaintiff Cherie Ivey

7
              UNITED STATES DISTRICT COURT
8         NORTHERN DISTRICT OF CALIFORNIA (San Francisco)

9
10 | In Re:                        | Civil Number: CV 07-04333PJH
11 | PROS RIVERA,                  |
   |        Debtor,                |
12 |                               |
13 | CHERIE IVEY,                  | Bankruptcy No.: 05-32090 TEC
   |                               | Adversary Proceeding No. 05-3441
14 |        Plaintiff,             |
15 | vs.                           | SUPPLEMENTAL "EMERGENCY"
   |                               | DECLARATION OF ATTORNEY FOR
16 | PROS RIVERA,                  | APPELLANT IN SUPPORT OF A THREE
   |        Defendant.             | (3) WEEK EXTENSION TO FILE
17 |                               | APPELLANT'S OPENING BRIEF AND
18 |                               | APPELLEE RESPONSIVE BRIEF
   |                               | PURSUANT TO JOINT REQUEST OF
19 |                               | APPELLANT AND APPELLEE

20     I Willie E. Phillips, Attorney for the Appellant, declare as follows:

21     1. I am the Attorney of record for the Appellant/Plaintiff Cherie Ivey in the Appeal filed with the

22 District Court. The Appellant's Opening Brief was due on November 13, 2007. Because of illness which

23 commenced on Friday, November 9, 2007, I could not complete the Appellant's Opening Brief that was

24 due on Tuesday, November 13, 2007.

25     2. I contacted Sacramento Attorney Carolle R. Hudson and requested that she assist me in submitting

26 an "Emergency" Application and Motion to obtain an Order Extending the due date for the filing the

27 Appellant's Opening Brief one week from November 13, 2007. The "Emergency" Motion was completed

28 on and served on the Appellee's Attorney Chris Kuhner and filed with the District Court Clerk's Office by

Attorney Carolle R. Hudson.

    3.   I response to the "Emergency Motion" to Extend the filing Deadline, Appellee Attorney Chris Kuhner requested that the District Court Approve the Extension of the filing Deadline, but requests that the Extension be for three (3) weeks. The Appellant hereby joins with the Appellee and requests that the Deadline to file the Appellant's Opening Brief and Appellee's Responsive Brief for the three (3) weeks.

    I declare under penalty of perjury that the foregoing Declaration is true and correct and that it was executed on November 15, 2007 in the City of Oakland, California.

/s/

_____

Willie E. Phillips, Attorney for Plaintiff/Appellant