UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CHERIE IVEY,

          Plaintiff,

  v.

PROS RIVERA et al,

          Defendant.

Case Number: CV07-04333 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 19, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

United States Trustee
235 Pine Street
No. 700
San Francisco, CA 94104

USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Thomas E. Carlson
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco, CA 94104-7341

Dated: June 19, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk