UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re PROS RIVERA,

    Debtor.
_____/

CHERIE IVEY,

    Plaintiff/Appellant,

    v.

PROS RIVERA,

    Defendant/Appellee.
_____/

No. C 07-4333 PJH
Bankr. Case No. 05-32090 TEC
Adv. Case No. 05-3441

**JUDGMENT**

    Pursuant to the order affirming the bankruptcy court's judgment signed today, this appeal is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 19, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge