1   CHRIS D. KUHNER, ESQ. (Bar No. 173291)
    KORNFIELD, PAUL, NYBERG & KUHNER, P.C.
2   1999 Harrison Street, Suite 2675
    Oakland, California 94612
3   Telephone: (510) 763-1000
    Facsimile: (510) 273-8669
4
    Attorneys for Defendant/Appellee
5

6

7                   UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  CHERIE IVEY,                          Case No. 07-4333 PJH

11              Plaintiff/Appellant,

12  vs.
                                          NOTICE OF ENTRY OF JUDGMENT
13  PROS RIVERA,

14              Defendant/Appellee.

15

16          **PLEASE TAKE NOTICE** that a Judgment was entered in the above-referenced case on June

17  19, 2008. A copy of the said judgment is attached hereto as Exhibit "A."

18
    Dated: June 22, 2008                 KORNFIELD, PAUL, NYBERG & KUHNER, P.C.
19

20
                                          By: Chris D. Kuhner  /s/
21                                           (Bar No. 173291)
                                             Attorneys for Defendant/Appellee
22

23

24

25

26

27

28

Notice of Entry of Judgment

Kornfield, Paul, Nyberg & Kuhner P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

Kornfield, Paul, Nyberg & Kuhner P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

## DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Paul, Nyberg & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 20, 2008, I served the following document(s):

**NOTICE OF ENTRY OF JUDGMENT**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

Willie E. Phillips
Law Offices of Willie E. Phillips
484 Lake Park Avenue, #335
Oakland, CA 94610

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of June, 2008 at Oakland, California.

G. Aviles  /s/

Notice of Entry of Judgment

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

In re PROS RIVERA,

      Debtor.

_____/

CHERIE IVEY,

      Plaintiff/Appellant,

      v.

PROS RIVERA,

      Defendant/Appellee.

_____/

No. C 07-4333 PJH
Bankr. Case No. 05-32090 TEC
Adv. Case No. 05-3441

**JUDGMENT**

      Pursuant to the order affirming the bankruptcy court's judgment signed today, this appeal is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: June 19, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge



EXHIBIT A